```
Docket as of December 15, 2000 7:17 pm              Page 1

Proceedings include all events.
3:00cv800 Cooper Industries, et al v. Lagrand Tire Chains, et al

                      U.S. District Court
      U.S. District Court for the District of Oregon (Portland)

                 CIVIL DOCKET FOR CASE #: 00-CV-800

Cooper Industries, et al v. Lagrand Tire Chains, et al    Filed: 06/12/00
Assigned to: Honorable Ancer L Haggerty
Demand: $731,000                              Nature of Suit: 470
Lead Docket: None                             Jurisdiction: Diversity
Dkt# in other court: None

Cause: 18:1964 Racketeering (RICO) Act


COOPER INDUSTRIES INCORPORATED    John P Crowell
     Plaintiff                    [COR LD NTC]
                                  888 SW Fifth Ave
                                  Suite 870
                                  Portland, OR 97204-2019
                                  503-222-4455

                                  William D Robison
                                  [COR LD NTC]
                                  Morse & Bratt
                                  1111 Main St, Suite 600
                                  PO Box 61566
                                  Vancouver, WA 98666
                                  360-699-4780
                                  FTS 699-4839


COOPER TOOLS DIVISION             John P Crowell
     Plaintiff                    (See above)
                                  [COR LD NTC]

                                  William D Robison
                                  (See above)
                                  [COR LD NTC]


     v.


LAGRAND TIRE CHAINS
     Defendant


LAGRAND COMPANIES
     Defendant


LAGRAND INDUSTRIAL CHAIN
SUPPLY
```

```
Docket as of December 15, 2000 7:17 pm                    Page 2

Proceedings include all events.
3:00cv800 Cooper Industries, et al v. Lagrand Tire Chains, et al

        Defendant


LAGRAND TRACTION PRODUCTS
        Defendant


LAGRAND PROTECTION CHAINS
        Defendant


LAGRAND SHOE CHAINS
        Defendant


LAGRAND SKIDDER TIRE CHAINS
        Defendant


LAGRAND STEEL COMPANY
        Defendant


LAGRAND STEEL CORP
        Defendant


BRIAN M LAGRAND, Individually
& as husband & wife
        Defendant


DIANNE LAGRAND, Individually &     Bradley O Baker
as wife & husband                  [COR LD NTC]
        Defendant                  1500 SW First Ave
                                   Suite 920
                                   Portland, OR 97201
                                   503-241-5546
                                   FTS 241-7014


RICHARD HAGERTY                    James L Hiller
        Defendant                  [COR LD NTC]
                                   Hitt & Hiller
                                   510 SW 3rd Ave
                                   Suite 309
                                   Portland, OR 97204
                                   503-228-8870


JOHN HART
        Defendant
```

```
Docket as of December 15, 2000  7:17 pm                Page 3

Proceedings include all events.
3:00cv800 Cooper Industries, et al v. Lagrand Tire Chains, et al

ALLWEST TRANSPORT               James L Hiller
aka                             (See above)
Allwest Transport & Chain       [COR LD NTC]
     Defendant


ALL-WEST TRANSPORT INC          James L Hiller
     Defendant                  (See above)
                                [COR LD NTC]


ALL-WEST TRANSPORT II, LLC      James L Hiller
     Defendant                  (See above)
                                [COR LD NTC]
```

```
Docket as of December 15, 2000 7:17 pm                    Page 4

Proceedings include all events.
3:00cv800 Cooper Industries, et al v. Lagrand Tire Chains, et al

 6/12/00   1      COMPLAINT (Cause Code: 18:1964 ) ( Receipt # 430947)
                  summons (26) issued to Defendants (including John Doe, Jane
                  Doe, etc). (tely) [Entry date 06/13/00]

 6/12/00   2      DISCOVERY ORDER AND ORDER REQUIRING JOINT STATUS REPORT
                  discovery due 10/10/00 Joint status report due 10/10/00
                  pretrial order due 11/9/00 (tely) [Entry date 06/13/00]

 6/16/00   3      APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                  WILLIAM D ROBISON;  Local Counsel: JOHN P CROWELL
                  representing Plaintiff Cooper Industries ; Fee paid,
                  receipt # 431014;  Approved 6/16/00  by Honorable Ancer L.
                  Haggerty (counsel notified) (tely)

 7/14/00   4      APPEARANCE OF ATTORNEY for Richard Hagerty, Allwest
                  Transport, All-West Transport I, All-West Transp II  by
                  Peter Joseph Mozena (tely)

 8/1/00    5      MOTION  by Plaintiffs ISSUANCE  OF PROVISIONAL PROCESS (tely)

 8/1/00    6      AFFIDAVIT by Plaintiffs of Robert J Hanis re: MOTION
                  ISSUANCE  OF PROVISIONAL PROCESS [5-1] (tely)

 8/1/00    7      AFFIDAVIT by Plaintiffs of William D Robison re: MOTION
                  ISSUANCE  OF PROVISIONAL PROCESS [5-1] (tely)

 8/1/00    8      INTRODUCTION TO UNITED STATES MARSHAL filed by Plaintiffs
                  (tely)

 8/1/00    9      ORDER  by Honorable Ancer L. Haggerty  GRANTING  Plaintiffs
                  MOTION ISSUANCE  OF PROVISIONAL PROCESS [5-1]  Signed
                  8/1/00 (counsel notified) (tely)

 8/1/00   10      TEMPORARY RESTRAINING ORDER Defendant is restrained from
                  injuring, destroyed, transferring, removing or otherwise
                  disposing of the property until further Order of the Court.
                  Defendant shall appear for an order to show cause hearing
                  set for 9:30am on 8/8/00 to show cause, if any, why the
                  Restraining Order should not be continued during the
                  pendency of this action Honorable Ancer L. Haggerty (tely)

 8/1/00   11      ORDER TO SHOW CAUSE  by Honorable Ancer L. Haggerty
                  Defendants Brian LaGrand & Richard Hagerty appear before
                  this Court on 8/8/00 at 9:30am to show cause, why the Writs
                  of Attachment & TRO Orders issued should not remain in
                  force against the property in the possession of the
                  Defendants located at J&R Distributing  Signed 8/1/00
                  (counsel notified) (tely)

 8/1/00   12      ORDER  FOR ISSUANCE OF WRIT OF ATTACHMENT (see file) by
                  Honorable Ancer L. Haggerty Signed 8/1/00 (counsel
                  notified) (tely)
```

```
8/1/00    13      Writ Of Attachment issued   s/Deputy Clerk M DeLap (tely)
```

Docket as of December 15, 2000  7:17 pm                         Page 5

Proceedings include all events.
3:00cv800 Cooper Industries, et al v. Lagrand Tire Chains, et al

```
8/1/00    14      MOTION  by Plaintiffs FOR ORDER FOR APPOINTMENT OF
                  SUBSTITUTE CUSTODIAN (tely) [Entry date 08/02/00]

8/2/00    15      ORDER  by Honorable Ancer L. Haggerty  GRANTING Plaintiffs
                  MOTION FOR ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN of
                  J & R Storgage as substitute custodian [14-1] Signed 8/1/00
                  (counsel notified) (tely)

8/3/00    16      RETURN OF SERVICE EXECUTED upon Defendant Lagrand
                  Protection   on 7/8/00 (tely)

8/3/00    17      RETURN OF SERVICE EXECUTED upon Defendant Lagrand Companies
                  on 7/8/00 (tely)

8/3/00    18      RETURN OF SERVICE EXECUTED upon Defendant Lagrand Tire
                  Chains   on 7/8/00 (tely)

8/3/00    19      RETURN OF SERVICE EXECUTED upon Defendant Lagrand Ind Chain
                  on 7/8/00 (tely)

8/3/00    20      RETURN OF SERVICE EXECUTED upon Defendant Lagrand Steel Co
                  on 7/8/00 (tely)

8/3/00    21      RETURN OF SERVICE EXECUTED upon Defendant Lagrand Traction
                  on 7/8/00 (tely)

8/3/00    22      RETURN OF SERVICE EXECUTED upon Defendant Lagrand Shoe
                  Chains   on 7/8/00 (tely)

8/3/00    23      RETURN OF SERVICE EXECUTED upon Defendant Lagrand Steel
                  Corp   on 7/8/00 (tely)

8/3/00    24      RETURN OF SERVICE EXECUTED upon Defendant Lagrand Skidder
                  Tire   on 7/8/00 (tely)

8/3/00    25      RETURN OF SERVICE EXECUTED upon Defendant Richard Hagerty
                  on 7/8/00 (tely)

8/3/00    26      RETURN OF SERVICE EXECUTED upon Defendant Allwest Transport
                  on 7/8/00 (tely)

8/3/00    27      RETURN OF SERVICE EXECUTED upon Defendant All-West
                  Transport Inc   on 7/8/00 (tely)

8/3/00    28      RETURN OF SERVICE EXECUTED upon Defendant All-West Transp
                  II   on 7/8/00 (tely)

8/3/00    29      RETURN OF SERVICE EXECUTED upon Defendant Dianne Lagrand
                  on 7/8/00 (tely)
```

| Date | # | Entry |
|---|---|---|
| 8/3/00 | 30 | RETURN OF SERVICE EXECUTED upon Defendant Brian M Lagrand on 7/8/00 (tely) |

| Date | # | Entry |
|---|---|---|
| 8/3/00 | 31 | AFFIDAVIT OF SERVICE by Plaintiff of service re: order [12-1], order [11-1], temporary restraining order order [10-1], order [9-1], notice [8-1], affidavit [7-1], affidavit [6-1], MOTION ISSUANCE OF PROVISIONAL PROCESS [5-1], MOTION FOR ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN [14-1] (tely) |
| 8/4/00 | 32 | ANSWER, CROSS CLAIM & COUNTERCLAIM by Defendants Richard Hagerty, Allwest Transport, All-West Transport I, All-West Transp II to complaint [1-1] (tely) |
| 8/4/00 | 33 | AFFIDAVIT/CERTIFICATE OF SERVICE of answer [32-1] by Defendants Hagerty & All-West (tely) |
| 8/4/00 | 34 | SUPPLEMENTAL AFFIDAVIT OF SERVICE filed by Plaintiffs re affidavit [31-1] (tely) |
| 8/7/00 | 35 | RETURN OF SERVICE EXECUTED upon Defendant Brian M Lagrand on 8/2/00 (tely) [Entry date 08/08/00] |
| 8/7/00 | 36 | RETURN OF SERVICE EXECUTED on J & R Distributing on 8/2/00 (tely) [Entry date 08/08/00] |
| 8/8/00 | 37 | RECORD OF PROCEEDINGS Of Order To Show Cause before Honorable Ancer L. Haggerty No appearance on behalf of LaGrand Defendnats. Order for Preliminary Injunction signed (counsel notified) Court Rptr Liz Kauble (tely) |
| 8/8/00 | 38 | PRELIMINARY INJUNCTION Court finds that Plaintiff will likely previal on the merits, that the balance of petential harm favors the Plaintiff & that the public interest favors continuing the injunctive relief. ORDERS that the writ of attachment, temporary restraining order currently in force as to certain personal property shall remain in full force & effect during the pendency of this litigation & issues this preliminary injunction (see file). signed 8/8/00 microfilmed & eod 8/8/00 Honorable Ancer L. Haggerty (tely) |
| 8/9/00 | 39 | REPLY by Plaintiff's to Counterclaim of Defendants Hagerty & All West Transport [32-1] (tely) |
| 8/17/00 | 40 | MOTION by Plaintiffs FOR ENTRY OF DEFAULT AS TO Lagrand Tire Chains, Lagrand Companies, Lagrand Ind Chain, Lagrand Traction, Lagrand Protection, Lagrand Shoe Chains, Lagrand Skidder Tire, Lagrand Steel Co, Lagrand Steel Corp, Brian M Lagrand (tely) [Entry date 08/18/00] |
| 8/17/00 | 41 | AFFIDAVIT by Plaintiffs of William D Robison re: MOTION FOR |

```
                    ENTRY OF DEFAULT AS TO Lagrand Tire Chains, Lagrand
                    Companies, Lagrand Ind Chain, Lagrand Traction, Lagrand
                    Protection, Lagrand Shoe Chains, Lagrand Skidder Tire,
                    Lagrand Steel Co, Lagrand Steel Corp, Brian M Lagrand
                    [40-1] (tely) [Entry date 08/18/00]
```

Docket as of December 15, 2000 7:17 pm                Page 7

Proceedings include all events.
3:00cv800 Cooper Industries, et al v. Lagrand Tire Chains, et al

```
8/18/00   42       ORDER  by Honorable Ancer L. Haggerty  GRANTING Plaintiffs
                   MOTION FOR ENTRY OF DEFAULT AS TO Lagrand Tire Chains,
                   Lagrand Companies, Lagrand Ind Chain, Lagrand Traction,
                   Lagrand Protection, Lagrand Shoe Chains, Lagrand Skidder
                   Tire, Lagrand Steel Co, Lagrand Steel Corp, Brian M Lagrand
                   Signed 8/18/00 (counsel notified) (tely)
                   [Entry date 08/21/00]

9/12/00   43       MOTION  by Plaintiff FOR DEFAULT JUDGMENT AGAINST Lagrand
                   Tire Chains, Lagrand Companies, Lagrand Ind Chain, Lagrand
                   Traction, Lagrand Protection, Lagrand Shoe Chains, Lagrand
                   Skidder Tire, Lagrand Steel Co, Lagrand Steel Corp, Brian M
                   Lagrand (tely)

9/12/00   44       AFFIDAVIT by Plaintiff of William D Robison re: MOTION FOR
                   DEFAULT JUDGMENT AGAINST Lagrand Tire Chains, Lagrand
                   Companies, Lagrand Ind Chain, Lagrand Traction, Lagrand
                   Protection, Lagrand Shoe Chains, Lagrand Skidder Tire,
                   Lagrand Steel Co, Lagrand Steel Corp, Brian M Lagrand
                   [43-1] (tely)

9/12/00   45       MOTION  by Plaintiffs FOR ATTORNEY FEES (tely)

9/12/00   46       COST BILL by Plaintiffs (tely)

9/18/00   57       MOTION  by Defendants Richard Hagerty, Allwest Transport
                   FOR ENTRY OF DEFAULT AS TO DEFENDANTS LAGRAND TIRE CHAINS,
                   LAGRAND COMPANIES, LAGRAND INDUSTRIAL CHAIN SUPPLY, LAGRAND
                   PROTECTION CHAINS, LAGRANDE SHOE CHAINS, LAGRAND STEEL
                   COMPANY, LAGRAND STEEL CORP & BRIAN LAGRAND (tely)
                   [Entry date 11/02/00]

9/18/00   58       AFFIDAVIT by Defendants Richard Hagerty, Allwest Transport
                   of Peter J Mozena re: MOTION FOR ENTRY OF DEFAULT AS TO
                   DEFENDANTS LAGRAND TIRE CHAINS, LAGRAND COMPANIES, LAGRAND
                   INDUSTRIAL CHAIN SUPPLY, LAGRAND PROTECTION CHAINS,
                   LAGRANDE SHOE CHAINS, LAGRAND STEEL COMPANY, LAGRAND STEEL
                   CORP & BRIAN LAGRAND [57-1] (tely) [Entry date 11/02/00]

9/19/00   47       FINDINGS OF FACT and CONCLUSIONS OF LAW re MOTION FOR
                   DEFULALT JUDGMENT on contractual claims only & GRANTING
                   Bill of Costs [46-1] & MOTION FOR ATTORNEY FEES in the
                   amount of $11,055.00 [45-1] by Honorable Ancer L. Haggerty
                   s/ HA 9/19/00 (cc: Counsel notified) (tely)
                   [Entry date 09/20/00]
```

```
Docket as of December 15, 2000 7:17 pm                    Page 8

Proceedings include all events.
3:00cv800 Cooper Industries, et al v. Lagrand Tire Chains, et al

9/19/00    48     DEFAULT JUDGMENT-contractual claims only-  GRANTING  MOTION
                  FOR DEFAULT JUDGMENT AGAINST Lagrand Tire Chains, Lagrand
                  Companies, Lagrand Ind Chain, Lagrand Traction, Lagrand
                  Protection, Lagrand Shoe Chains, Lagrand Skidder Tire,
                  Lagrand Steel Co, Lagrand Steel Corp, Brian M Lagrand
                  [43-1] in the principal amount of $731,806.06 together with
                  interest from 3/25/00 to 9/16/00 at the rate of 8% totaling
                  $28,146.50, attorney fees in the sum of $11,055.00 & costs
                  of $650.00 [45-1] [46-1] Signed 9/17/00   Honorable Ancer
                  L. Haggerty  (cc: Counsel notified) (tely)
                  [Entry date 09/20/00]

10/2/00    49     SUBSTITUTION of Attorney James L Hiller replacing Peter J
                  Mozena for Defendants All-West & Hagerty (tely)

10/18/00   50     STIPULATED MOTION  by Plaintiffs TO EXTEND DISCOVERY AND
                  JOINT STATUS REPORT DEADLINES (tely)

10/18/00   51     AFFIDAVIT by Plaintiffs of William D Robison re: MOTION TO
                  EXTEND DISCOVERY AND JOINT STATUS REPORT DEADLINES [50-1]
                  (tely)

10/19/00   52     ORDER  by Honorable Ancer L. Haggerty  GRANTING Plaintiffs
                  MOTION TO EXTEND DISCOVERY AND JOINT STATUS REPORT
                  DEADLINES [50-1]. Discovery ddl set for 12/10/00; Joint
                  Status Report set for 12/10/00   Signed 10/18/00 (counsel
                  notified) (tely) [Entry date 10/20/00]

10/25/00   53     MOTION   by Plaintiff FOR ENTRY OF DEFAULT AS TO Dianne
                  Lagrand (tely)

10/25/00   54     AFFIDAVIT by Plaintiff of William D Robison re: MOTION FOR
                  ENTRY OF DEFAULT AS TO Dianne Lagrand [53-1] (tely)

10/25/00   55     CERTIFICATE OF SERVICE of affidavit [54-1], MOTION FOR
                  ENTRY OF DEFAULT AS TO Dianne Lagrand [53-1] by Plaintiff
                  (tely)

10/25/00   56     SUMMONS ISSUED as to Defendant Dianne Lagrand (tely)
                  [Entry date 10/26/00]

10/30/00   59     RECORD OF ORDER  by Honorable Ancer L. Haggerty RULING on
                  Defendants Hagerty & All West's MOTION FOR ENTRY OF DEFAULT
                  AS TO DEFENDANTS LAGRAND TIRE CHAINS, LAGRAND COMPANIES,
```

```
                         LAGRAND INDUSTRIAL CHAIN SUPPLY, LAGRAND PROTECTION CHAINS,
                         LAGRANDE SHOE CHAINS, LAGRAND STEEL COMPANY, LAGRAND STEEL
                         CORP & BRIAN LAGRAND [57-1] is deferred until an
                         certificate of service by Defendants Hagerty & All West
                         showing that their cross-claim was filed on these
                         Defendants (counsel notified) Court Rptr none (tely)
                         [Entry date 11/02/00]

11/8/00   60             ANSWER  by Defendant Dianne Lagrand  to complaint [1-1]
                         (tely)




Docket as of December 15, 2000 7:17 pm                   Page 9

Proceedings include all events.
3:00cv800 Cooper Industries, et al v. Lagrand Tire Chains, et al


12/1/00   61             MOTION  by Plaintiffs TO EXTEND DISCOVERY TO 1/10/01 (tely)

12/13/00 62              RECORD OF ORDER  by Honorable Ancer L. Haggerty  the  Court
                         will deem Plaintiffs MOTION FOR ENTRY OF DEFAULT AS TO
                         Dianne Lagrand [53-1] as MOOT because she had filed an
                         answer in this case (counsel notified) Court Rptr none (tely)
                         [Entry date 12/14/00]

12/15/00 63              RECORD OF ORDER by Honorable Ancer L. Haggerty the Court
                         will deem Defendants MOTION FOR ENTRY OF DEFAULT AS TO
                         DEFENDANTS LAGRAND TIRE CHAINS, LAGRAND COMPANIES, LAGRAND
                         INDUSTRIAL CHAIN SUPPLY, LAGRAND PROTECTION CHAINS,
                         LAGRANDE SHOE CHAINS, LAGRAND STEEL COMPANY, LAGRAND STEEL
                         CORP & BRIAN LAGRAND [57-1] MOOT as counsel has withdrawn
                         this motion  (counsel notified) Court Rptr none (tely)

         [END OF DOCKET: 3:00cv800]
```